IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Cindy St. Clair and Jerry St. Clair, | Civil No. 05-1759 (RHK/JJG) |
| Plaintiffs, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE AND WITHDRAWING THE ACCEPTANCE OF THE OFFER OF JUDGMENT** |
| Security Check, LLC, | |
| Defendant. | |

Based upon the Stipulation of counsel, and all files, records and proceedings herein,

**IT IS HEREBY ORDERED:**

1. Plaintiffs' Notice of Acceptance of Fed. R. Civ. P 68 Offer of Judgment, filed on November 7, 2005, is hereby withdrawn pursuant to agreement of the parties.

2. The above-captioned action against Defendant shall be and is hereby **DISMISSED WITH PREJUDICE** and on the merits, without costs, disbursements or attorney fees to any party, and a judgment of dismissal with prejudice may be entered accordingly.

Dated: January 3, 2006

                                       s/Richard H. Kyle
                                       RICHARD H. KYLE
                                       United States District Judge